UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHELLE LYNN WHITTED,

    Plaintiff,

v.                                         Hon. Robert J. Jonker

ARIELLE CHAMBERS et al.,               Case No. 1:24-cv-1148

    Defendants.

### REPORT AND RECOMMENDATION

This case was filed on October 31, 2024, under 42 U.S.C. § 1983. Plaintiff claims she is being "neuro monitored by a military group without [her] consent" but admits that she "do[esn't] know the actual name of the website." (ECF No. 1, PageID.3.)

Plaintiff applied to proceed without prepayment of fees, however, the form submitted is for use by a prisoner and does not reflect sufficient information for the Court to determine Plaintiff's financial status. (ECF No. 2.) On November 1, 2024, the Court ordered Plaintiff to submit an amended application on the correct form within seven days. (ECF No. 4.) Plaintiff has failed to submit an amended application within the required time.

As such, pursuant to 28 U.S.C. § 636(b)(1)(B), I recommend that this matter be dismissed as authorized by Fed. R. Civ. P. 41(b) and W.D.Mich. LCivR 41.1 for want of prosecution and failure to comply with the rules and orders of this court. Timely objections to this Report and Recommendation shall be considered Plaintiff's opportunity to show cause why this matter should not be dismissed.

Dated: November 15, 2024                                     /s/ Sally J. Berens
                                                                  SALLY J. BERENS
                                                                   U.S. Magistrate Judge

2

OBJECTIONS to this Report and Recommendation must be filed with the Clerk of Court within 14 days of the date of service of this notice. 28 U.S.C. § 636(b)(1)(C). Failure to file objections within the specified time waives the right to appeal the District Court's order. *See Thomas v. Arn*, 474 U.S. 140 (1985); *United States v. Walters*, 638 F.2d 947 (6th Cir. 1981).

2

OBJECTIONS to this Report and Recommendation must be filed with the Clerk of Court within 14 days of the date of service of this notice. 28 U.S.C. § 636(b)(1)(C). Failure to file objections within the specified time waives the right to appeal the District Court's order. *See Thomas v. Arn*, 474 U.S. 140 (1985); *United States v. Walters*, 638 F.2d 947 (6th Cir. 1981).